UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JAN 3 1 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DOCKET NO.: 3:10CR273 |
| v. ) | **ORDER** |
| (1) JULIET NANETTE LITTLEJOHN ) <br> (2) ANTONIO DWAYNE HARRIS ) <br> (3) AKIVA LATRICE FULLER ) <br> (4) TERESA GENISE CHAMBERS ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment numbered above and arrest warrants be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment and arrest warrants be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 31st day of January, 2011.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE