UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-00273-RJC

| | | |
|---|---|---|
| USA | **)** | |
| | **)** | ORDER |
| vs. | **)** | |
| | **)** | |
| JULIET LITTLEJOHN (1) | **)** | |
| | **)** | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to set restitution payments until she is released from federal custody. (Doc. No. 225).

The defendant is apparently enrolled in the Inmate Financial Responsibility Program ("IFRP"). Participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by her involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in her trust account, and determines the required monthly payment for participation in the program.

When the defendant was originally sentenced, the Court ordered that payment of criminal monetary penalties was due immediately and recommended participation in the IFRP. (Doc. No. 98: Judgment at 2, 5). The Petition to revoke her supervised release filed August 30, 2022, showed a restitution balance of $121,636.99. (Doc. No. 190 at 4). In the instant motion, the defendant requests that the Court set a payment plan of $25 per quarter while she serves a revocation sentence because of limited earning potential where she is incarcerated. (Doc. No.

1

224 at 1-2). Assessment of the defendant's financial situation is most properly left to the discretion of the Bureau of Prisons. The defendant has the choice of whether to remain in the program or to challenge its execution through administrative remedies.

**IT IS, THEREFORE, ORDERED**, that the defendant's request to set payments, (Doc. No. 225), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 8, 2023

Robert J. Conrad, Jr.
United States District Judge

2

Case 3:10-cr-00273-RJC   Document 228   Filed 08/08/23   Page 2 of 2